**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0362-REB-MJW

ALLESANDRI ENTERPRISES, INC.,
RICHARD R. ALLESSANDRI,
ROBERTA ALLESSANDRI,
MARY WALK,
DONNIE McAMIS, and
KERI SIZEMORE,

    Plaintiffs,

v.

EMPLOYER'S DEPOT, INC.,

    Defendant.

---

### MINUTE ORDER

---

    The Unopposed Motion to Extend Deadline for Submission of Settlement Documents, filed June 23, 2005, is GRANTED. The parties shall submit their dismissal documents on or before **July 15, 2005**.

Dated: June 24, 2005
-------------------------------------------------------------------------------------------------------