**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0362-REB-MJW

ALLESANDRI ENTERPRISES, INC.,
RICHARD R. ALLESSANDRI,
ROBERTA ALLESSANDRI,
MARY WALK,
DONNIE McAMIS, and
KERI SIZEMORE,

    Plaintiffs,

v.

EMPLOYER'S DEPOT, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The parties have filed a **Stipulation for Dismissal With Prejudice Pursuant to Rule 41 (a)(1)(ii)** on July 8, 2005.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and this action be dismissed with prejudice.

    **THEREFORE IT IS ORDERED** as follows:

    1.  That the **Stipulation for Dismissal With Prejudice Pursuant to Rule 41 (a)(1)(ii)**, filed on July 8, 2005, is **APPROVED**; and

      2.  That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs.

      Dated this 11th day of July, 2005, at Denver, Colorado.

      BY THE COURT:

s/Robert E. Blackburn
Robert E. Blackburn
United States District Judge